FILED'08 OCT 22 12:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TAMI JONES, | Civil No. 3:08-CV-432-BR |
| Plaintiff, | |
| vs. | ORDER and JUDGMENT FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's unopposed motion, it is hereby ORDERED that the above-captioned case is REMANDED pursuant to 42 U.S.C. § 405(g), Sentence Six. Upon remand, if the missing exhibits cannot be found, the Appeals Council will remand the case to an Administrative Law Judge to recreate the claims file and, if necessary, hold a *de novo* hearing. The Court shall maintain jurisdiction over this case pending the outcome of this hearing.

DATED this 22nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ CAROL A. HOCH
CAROL A. HOCH
Special Assistant United States Attorney
(206) 615-2212
of Attorneys for Defendant

Page 1    ORDER - [3:08-CV-432-BR]